**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DAVID MOON,
a/k/a AZELIE DELAINA MOON,

Plaintiff,

v.

ALLAN COOPER, et al.,

Defendants.
_______________________________/

Case No. 25-12519
Hon. Jonathan J.C. Grey
Mag. Judge David R. Grand

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 40)**

On August 13, 2025, pro se Plaintiff David Moon, a/k/a Azelie Delaina Moon ("Moon"), filed a civil rights complaint under 42 U.S.C. §§ 1983 and 1985, the Elliott-Larsen Civil Rights Act ("ELCRA"), Title II of the Americans with Disabilities Act ("ADA"), and the Michigan Constitution. (ECF No. 1.) On December 16, 2025, Defendants Allan Cooper, Joseph Vellanti, Adam Douglas, Melissa Godfrey, Ronald Fenner, Michael Guerin, Larry Ferns, and Michael Schaaf (collectively, "Defendants") filed a motion to dismiss, asserting that Moon failed to properly exhaust her administrative remedies. (ECF No. 28.)

This matter now comes before the Court on Magistrate Judge David R. Grand's Report and Recommendation dated August 4, 2026. (ECF No. 40.) In the Report and Recommendation, Magistrate Judge Grand recommends that the Court deny Defendants' motion to dismiss. No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that Magistrate Judge Grand reached the correct conclusions for the proper reasons. Finding no error in Magistrate Judge Grand's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Tchrs. Loc. 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated August 4, 2026 (ECF No. 40) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss (ECF No. 28) is **DENIED**.

**SO ORDERED**.

Dated: August 19, 2026

**s/Jonathan J.C. Grey**
Jonathan J.C. Grey
United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 19, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager